APPEAL No. 75-29. AUGUSTO AMBROSINO *v.* RHODE ISLAND PERSONNEL APPEAL BOARD *et al.* Plaintiff is ordered to Show Cause why the appeal in the above-entitled matter should not be dismissed for lack of jurisdiction. *Savings Bank of Newport* v. *Hawksley,* 103 R. I. 741, 241 A.2d 806 (1968); *Clark* v. *Fascio* 106 R. I. 751, 264 A.2d 317 (1970). Plaintiff has twenty days from the date of this order to submit a memorandum in support

of his appeal. *Giovanni Folcarelli,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendants.